FILED

12/21/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0199

IN THE SUPREME COURT OF THE STATE OF MONTANA
No. DA 23-0199

IN THE MATTER OF THE ESTATE OF:

LYLE JAMES HEAVY RUNNER,
                    Deceased.

## ORDER

Upon consideration of Appellant's motion for extension of time to file the reply brief, and good cause appearing therefrom,

IT IS HEREBY ORDERED that Appellant is granted an extension of time to and including January 19, 2024 to prepare, file and serve her reply brief.

No further extensions will be granted.

Electronically Signed Below

ORDER   Page 1

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
December 21 2023